| 455 | EA | Toyota Spark Plugs 90919-01240 |
| 15 | EA | Toyota Coil Ignition 90919-A2009 |
| 104 | EA | Toyota Spark Plugs 90919-01233 |
| 14 | EA | Toyota Spark Plugs 90919-01247 |
| 6 | EA | Toyota Tensioner Assy 13540-22022 |
| 1 | EA | Toyota Tensioner Assy 13540-0d010 |
| 1 | EA | Toyota Cap, reserve tank 16475-51010 |
| 34 | EA | Toyota Gasket, Exhaust 17173-31020 |
| 40 | EA | Toyota Gasket, Exhaust 17173-0p020 |
| 27 | EA | Toyota gasket,intake 17177-0t020 |
| 11 | EA | Toyota Slipper, Chain 13559-0d010 |
| 1 | EA | Toyota Gasket 1631-AD010 |
| 3 | EA | Toyota Gasket, Cylinder 11214-AD010 |
| 6 | EA | Toyota Bolt, Washer Based head 90105-A0075 |
| 2 | EA | Toyota Garnish, Radiator 53141-35060 |
| 2 | EA | Toyota Gasket, Oil Cooler, 15785-0P010 |
| 1 | EA | Toyota Gasket 16258-0t020 |
| 36 | EA | Toyota Bolt, Oil Cooler 15695-50010 |

| | | |
|---|---|---|
| 140 | EA | Toyota Spark Plugs 90919-01265 |
| 1 | EA | Toyota Radiator 16571-AA0101 |
| 15 | EA | Toyota Tensioner Assy 13560-0p010 |
| 1 | EA | Toyota Gasket, Oil Sprainer, 15147-0P020 |
| 1 | EA | Toyota Seat, Value Spring, 13734-0P010 |
| 1 | EA | Toyota Bearing, Set, Conn Rod, 13041-0A010-01 |
| 6 | EA | Toyota Protector FR Fen 53827-0r030 |
| 33 | EA | Toyota Nozzle, Fr Washer 85381-0k010 |
| 80 | EA | Toyota Mtg Insulator 86392-0c040 |
| 1 | EA | Toyota Ant Assy 86300-04080 |
| 2 | EA | Toyota Servmotor Assy 063600-4920 |
| 4 | EA | Toyota Cable Assy Hood Lock 53630-0E010 |
| 5 | EA | Toyota Cable Assy Hood Lock 53630-48010 |
| 1 | EA | Toyota Hose,Pressure,Feed 44411-33010 |
| 1 | EA | Toyota Hose,Pressure,Feed 44411-06404 |
| 2 | EA | Toyota Hose,Oil, Reservoir 44348-06170 |
| 3 | EA | Toyota Hose,Oil, Reservoir, 44348-06150 |
| 4 | EA | Toyota Hose,Oil, Reservoir 44348-06270 |
| 4 | EA | Toyota Cover,Fog Lamp RH 81481-02200 |
| 9 | EA | Toyota Molding Assy FR Door W 75753-06140 |
| 20 | EA | Toyota Valve Sub-Assy Tire 42607-30060 |
| 4 | EA | Toyota Valve Sub-Assy Tire 42607-0E012 |
| 2 | EA | Toyota Valve Sub-Assy Tire 42607-06020 |
| 4 | EA | Toyota Nozzle Assy 635N 85381-04040 |
| 14 | EA | Toyota Valve Sub-Assy Tire 42607-06030 |
| 18 | EA | Toyota Valve Sub-Assy Tire 42607-33022 |
| 85 | EA | Toyota Valve Sub-Assy Tire 42607-0C080 |
| 18 | EA | Toyota Valve Sub-Assy Tire 42607-33011 |
| 4 | EA | Toyota Liner Fr Fender 53875-02260 |
| 1 | EA | Toyota Fan 16361-0v330 |
| 10 | EA | Toyota Slipper Chain 13559-0V010 |
| 10 | EA | Toyota Valve Sub-Assy Tire 42607-0C070 |
| 20 | EA | Toyota Valve Sub-Assy Tire 42607-75010 |
| 3 | EA | Toyota Valve Sub-Assy Tire 42607-0C080 |
| 20 | EA | Toyota Valve Sub-Assy Tire 42607-0R010 |
| 2 | EA | Toyota Strainer Assy Oil 5330-30090 |
| 19 | EA | Toyota Strainer Assy Oil 35330-06010 |
| 17 | EA | Toyota Valve Sub-Assy Tire 42607-02050 |
| 4 | EA | Toyota Sensor Crank 90919-05047 |
| 2 | EA | Toyota Sensor Crank 90919-05040 |
| 5 | EA | Toyota Sensor Crank 90919-05054 |
| 28 | EA | Toyota Bolt Battery 74451-06011 |
| 7 | EA | Toyota Seal Hood Fr to end 53395-06120 |
| 2 | EA | Toyota Nut 90179-06214 |

| 4 | EA | Toyota Retainer RR Bumper Side RH 52575-06090 |
| 1 | EA | Toyota Platte RR Floor 58387-02010-C0 |
| 1 | EA | Toyota Insulator Main Muff 58327-07011 |
| 2 | EA | Toyota Cap Assy Oil Filter 15650-0S010 |
| 54 | EA | Toyota Spark Plugs 90919-01217 |
| 12 | EA | Toyota Deflector Radiator 53294-0R010 |
| 230 | EA | Toyota Spark Plugs 90919-01210 |
| 126 | EA | Toyota Spark Plugs 90919-01191 |
| 191 | EA | Toyota Gasket Exhaust 90080-43036 |
| 2 | EA | Toyota Gasket exhaust Pipe 90080-43026 |
| 10 | EA | Toyota Gasket exhaust Pipe 90917-06065 |
| 26 | EA | Toyota Bearing Radial Ball 90080-36133 |
| 140 | EA | Toyota Sensor Trans Revolution 89413-0C021 |
| 4 | EA | Toyota Sensor Knock Control 89615-35040 |
| 18 | EA | Toyota Sensor Knock Control 89615-50010 |
| 60 | EA | Toyota Seal Type T Oil 90311-42026 |
| 16 | EA | Toyota Seal Type T Oil 90080-31022 |
| 29 | EA | Toyota Sensor Knock Control 89615-44010 |
| 27 | EA | Toyota Sensor Knock Control 89615-06010 |
| 1 | EA | Toyota Glass 68105-48901 |
| 3 | EA | Toyota Panel Sub Assy Body 58307-06220 |
| 7 | EA | Toyota Rode & Pipe Shield 86337-34030 |
| 10 | EA | Toyota Rode & Pipe Shield 86337-50141 |
| 18 | EA | Toyota Rode & Pipe Shield 86337-35111 |
| 14 | EA | Toyota Bulb 90084-98033 |
| 4 | EA | Toyota Seal Type Oil 90080-31073 |
| 11 | EA | Toyota Seal Type Oil 90080-31021 |
| 2 | EA | Toyota Nut 90080-17221 |
| 145 | EA | Toyota Nut w/washer 90080-18070 |
| 10 | EA | Toyota Seal Valve Stem In 90080-31043 |
| 1 | EA | Toyota Sensor Crank Position 90080-19009 |
| 1 | EA | Toyota Gasket Exhaust 90080-43028 |
| 4 | EA | Toyota Sensor Oxygen 89465-30730 |
| 10 | EA | Toyota Nut Flange 90178-12009 |
| 9 | EA | Toyota Sensor Throttle 89452-33030 |
| 60 | EA | Toyota Cap Assy Fuel Tank 77300-06040 |
| 79 | EA | Toyota Labels |
| 2 | EA | Toyota Rode & Pipe Shield 86337-17080 |
| 16 | EA | Toyota Rode & Pipe Shield 86337-24340 |
| 3 | EA | Toyota Rode & Pipe Shield 86337-33040 |
| 9 | EA | Toyota Oil Filter 90915-YZZG2 |
| 140 | EA | Toyota Gasket 90430-12028 |
| 220 | EA | Toyota Clip (10 pack) |
| 9 | EA | Toyota Seal Type T Oil 90467-12040 |

| | | |
|---|---|---|
| 3 | EA | Toyota Seal Type T Oil 90467-95013 |
| 8 | EA | Toyota Stripe,RR Door Out 75988-0R020 |
| 1 | EA | Toyota Cover,FR Bumper 53286-0R080 |
| 1 | EA | Toyota Gasket, Cylinder 11214-AD010 |
| 2733 | EA | Toyota Gasket 90430-12031 |
| 6 | EA | Toyota Inlet Sub Assy 16031-21010 |
| 1200 | EA | Toyota Gasket 90430-12031 |
| 15 | EA | Toyota Gasket Intake 17177-37030 |
| 8 | EA | Toyota Cap Reserve tank 16475-28140 |
| 9 | EA | Toyota Slipper Chain 13559-08010 |
| 2 | EA | Toyota Slipper Chain 13559-38010 |
| 24 | EA | Nissan 21710-ZN50A Coolant Tanks |
| 30 | EA | Nissan 21060-86G0A Cooling Fans |
| 3 | EA | Nissan 11044-EAZ00 Head Gasket |
| 33 | EA | Nissan 14035-1AC0A Intake Gasket |
| 6 | EA | Nissan 17040-8J005 Fuel Pump Assy |
| 8 | EA | Nissan Counterfeit Labels |
| 3 | EA | Nissan 25560-9BH0A Rear taillights |
| 24 | EA | Honda Labels |
| 700 | EA | Nissan 01553-09321 Clip-Trim, Push Pull |
| 430 | EA | Nissan 01553-2DR9A Clip-Trim, Push Pull |
| 9 | EA | Nissan 08120-8251b Bolt Hex |
| 6 | EA | Nissan 08146-6165g bolt |
| 10 | EA | Nissan 08226-61610 Stud |
| 3 | EA | Nissan 081B4-2355M Bolt Flange Hex |
| 23 | EA | Nissan 08363-6201D Screw-Machine |
| 10 | EA | Nissan 08320-61219 Screw-Machine |
| 9 | EA | Nissan 08911-10637 nut |
| 1 | EA | Nissan 0811-6441A nut |
| 5 | EA | Nissan 08911-6421A |
| 433 | EA | Nissan 11022-77A00 Dowel |
| 41 | EA | Nissan 08931-3041A Plug-Thread |
| 2 | EA | Nissan 90316-48003 Seal |
| 2 | EA | Nissan 01281-00691 Grommet-Screw |
| 10 | EA | Nissan 01236-00051 Nut Caulk |
| 51 | EA | Nissan 01553-06521 Clip RR Spoiler |
| 35 | EA | Nissan 01466-00011 screw |
| 96 | EA | Nissan 01553-09621 Grommet |
| 27 | EA | Nissan 20607-P6500 NUT-02 SENSOR |
| 10 | EA | Nissan 13276-31u21 seal-oil |
| 21 | EA | Nissan 13510-53J01 Seal-Oil Cranks |
| 9 | EA | Nissan 11258-D0101 Nut |
| 3 | EA | Nissan 1128-01M0b Bolt |
| 6 | EA | Nissan 11128-01M00 Plug Drain O/P |
| 285 | EA | Nissan 11026-01M02 Gasket |

| | | |
|---|---|---|
| 164 | EA | Nissan 11026-JA00A Gasket |
| 9 | EA | Nissan 11121-31U00 GASKET-OIL PAN |
| 4 | EA | Nissan 13085-AL511 GUIDE CHAIN |
| 3 | EA | Nissan 13510-10Y12 SEAL-OIL CRANKS |
| 4 | EA | Nissan 13508-53J00 STUD ROCKET COV |
| 8 | EA | Nissan 13270-31U02 GASKET-ROCKER |
| 1 | EA | Nissan 13510-7Y000 SEAL-OIL CRANKS |
| 52 | EA | Nissan 65512-R3000 GROM HOOD ROD |
| 9 | EA | Nissan 62890-1AV0A EMBLEM RAD GRIL |
| 1 | EA | Nissan 14048-JK20D ORNAMENT |
| 21 | EA | Nissan 62890-EM30A EMB FRT X11C SVC |
| 2 | EA | Nissan 84890-4CL0A EMBLEM |
| 11 | EA | Nissan 13270-52FF00 GASKET-ROCKER |
| 23 | EA | Nissan 1211-7S010 BUSH CON ROD |
| 1 | EA | Nissan 17342-CC20A PACKING |
| 89 | EA | Nissan 14415-17M00 GASKET |
| 4 | EA | Nissan 13085-1N500 GUIDE CHAIN |
| 9 | EA | Nissan 13079-2J200 GASKET |
| 3 | EA | Nissan 40262-JA000 NUT LOCK |
| 1 | EA | Nissan 40232-01G00 SEAL GREASE |
| 1 | EA | Nissan 46531-EG01A COVER PEDAL PAD |
| 2 | EA | Nissan 40343-59215 ORNAMENT-ROAD |
| 36 | EA | Nissan 46584-59010 RUB-PEDAL STOPP |
| 66 | EA | Nissan 46584-S0100 RUB BRAKE PEDAL |
| 2 | EA | Nissan 40039-2S610 CAP-BOLT |
| 6 | EA | Nissan 26717-7Z001 3057K BULB |
| 9 | EA | Nissan 21501-8J110 HOSE-RADIATOR |
| 9 | EA | Nissan 21311-V0700 SEAL OIL |
| 3 | EA | Nissan 22620-3TA0A ROTTLE POSITION |
| 107 | EA | Nissan 13270-8J112 GASKET-ROCKER |
| 133 | EA | Nissan 22401-JK01D SPARK PLUGS |
| 2 | EA | Nissan 21200-JA10A THERMOSTAT ASSEY |
| 2 | EA | Nissan 21200-9HP0A THERMOSTAT ASSEY |
| 18 | EA | Nissan 96409-3JS0A HOLDER, SUNVISOR |
| 115 | EA | Nissan 13270-8J102 GASKET-ROCKER |
| 2 | EA | Nissan 54035-JA000 SEAT-FRONT SPR |
| 20 | EA | Nissan 13270-V5000 GASKET-ROCKER |
| 29 | EA | Nissan 23781-0W010 IDLER AIR CONTROL VA |
| 14 | EA | Nissan 14064-31U0C STUP |
| 5 | EA | Nissan 54034-AG001 SEAT-RUBBER |
| 5 | EA | Nissan 62890-EA500 EMB FRT X61B SVC |
| 1 | EA | Nissan 84890-JM00A EMBLEM-REAR |
| 13 | EA | Nissan 62890-EM30A EMBLEM RAD RGIL |

| | | |
|---|---|---|
| 10 | EA | Nissan 62890-1KA0A EMBLEM RAD RGIL |
| 19 | EA | Nissan 96409-1AA1A HOLDER, SUNVISOR |
| 19 | EA | Nissan 96409-CC00A HOLDER, SUNVISOR |
| 3 | EA | Nissan 90890-4NR04 EMBLEM-REAR |
| 45 | EA | Nissan 85284-AD000 CLIP |
| 2 | EA | Nissan 84890-9N00A EMB RR L42C SVC |
| 5 | EA | INFINITY 62890-EH200 EMBLEM RAD GRIL |
| 5 | EA | Nissan 62890-JA000 EMB FRT L42A SVC |
| 3 | EA | Nissan 90896-3KF0A EMBLEM-BACK DOO |
| 3 | EA | Nissan 62890-4NR0A EMBLEM RAD GRIL |
| 9 | EA | Nissan 62889-1JB0A EMBLEM-RADIATOR |
| 9 | EA | Nissan 62880-1JA0A EMBLEM-RADIATOR |
| 2 | EA | Nissan 62890-3VA0A EMBLEM RAD GRIL |
| 720 | EA | Nissan 22401-EW61C SPARK PLUGS |
| 1288 | EA | Nissan 22401-JK01D SPARK PLUGS |